UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARRELL JONES, | : | Case No. 3:12-cv-5 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**ORDER THAT: (1) THE ALJ'S NON-DISABILITY FINDING IS FOUND NOT SUPPORTED BY SUBSTANTIAL EVIDENCE, AND IS REVERSED; (2) THIS MATTER IS REMANDED TO THE ALJ UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g); AND (3) THIS CASE IS CLOSED**

This civil action is before the Court on the parties' joint motion for remand. (Doc. 9). Pursuant to the parties' stipulation, this Court remands the instant case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enters judgment pursuant to Federal Rule of Civil Procedure 58. Upon remand, the Appeals Council will vacate the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

Date:    7/27/12                                           *s/ Timothy S. Black*
                                                                    Timothy S. Black
                                                                    United States District Judge