# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DARRELL JONES,**

     Plaintiff,

**-vs-**

                                      **CASE NO.    3:12-CV-005**

                                        **Judge Timothy S. Black**
                                        **Magistrate Judge Michael J. Newman**

**COMMISSIONER OF SOCIAL
SECURITY,**

     Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

     **[  ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X ]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the joint Motion for Remand (Doc. 9) is **GRANTED**; and that the case is **REMANDED** to the ALJ under the Fourth Sentence of 42 § 405(g); and **TERMINATED** from the docket of the Court.

Date:  July 27, 2012                            **JAMES BONINI, CLERK**

                                        By: _s/ M. Rogers_____
                                            Deputy Clerk