UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARRELL JONES,

      Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

Case No. 3:12-cv-5

Judge Timothy S. Black

### ORDER AWARDING EAJA FEES

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation to award EAJA fees. (Doc. 13). The parties stipulate to and this Court therefore orders, an award in the amount of $2,330.37 for attorney fees and expenses authorized under 28 U.S.C. § 2412(d). This award satisfies Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.[1]

**IT IS SO ORDERED.**

Date: 8/6/12

*Timothy S. Black* (signed)
Timothy S. ~~Black~~
United States District Judge

---

[1] Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).